FRANCIS J. MARKHAM, Respondent, *v.* DAVID STEVENSON BREWING COMPANY, Appellant.

*Markham* v. *Stevenson Brewing Co.*, 51 App. Div. 463, affirmed.
(Argued December 19, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thomas Allison* and *William G. McCrea* for appellant.

*John H. Corwin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

WILLIAM CONNERS, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Conners* v. *N. Y. C. & H. R. R. R. Co.*, 39 App. Div. 655, affirmed.
(Argued December 19, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*John Laughlin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: HAIGHT, J.